UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL RYAN,<br><br>    Plaintiff,<br><br>v.<br><br>ZWICKER & ASSOCIATES, PC,<br><br>    Defendant. | Case No. 3:21-cv-01452-X |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that MICHAEL RYAN ("Plaintiff") and ZWICKER & ASSOCIATES, PC ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: July 14, 2021

Respectfully submitted,

**MICHAEL RYAN**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

1